IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-41382
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ARMANDO MERCADO-JARAMILLO,

                                        Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No.  L-97-CR-209-1
- - - - - - - - - - -
August 18, 1998
Before KING, HIGGINBOTHAM, and JONES, Circuit Judges.

PER CURIAM:[*]

     Court-appointed counsel for Armando Mercado-Jaramillo has
filed a brief as required by Anders v. California, 386 U.S. 738
(1967).  Our independent review of the brief and record discloses
no nonfrivolous issue.  Accordingly, counsel is excused from
further responsibilities herein, and the APPEAL IS DISMISSED.
See 5th Cir. R. 42.2.

_____

     [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.